IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ENERGY AUTOMATION SYSTEMS, )
INC., JOSEPH MERLO and )
PAUL BLEIWEIS, ) NO. 3:08-00285
) JUDGE HAYNES
    Plaintiffs, )
)
v. )
)
PAUL SAXTON and )
ENERCON, INC., d/b/a ENERCON )
INTERNATIONAL, INC., d/b/a )
ENERCON TECHNOLOGIES, INC., )
)
    Defendants. )

## ORDER

In accordance with the Memorandum filed herewith, the Defendants Paul Saxton's and Enercon Inc.'s motion to dismiss for lack of personal jurisdiction (Docket Entry No. 5) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 24th day of March, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge